

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:      01-17-00494-CV

Style:      Rose Turner and Stephanie Moore

**v** Linda Williams, Andrew Ross, and Steven A. Sinkin

Date motion filed*:      February 15, 2018

Type of motion:      Motion for extension of time to file appellee's brief

Party filing motion:      Appellee

Document to be filed:      Appellee's brief

If motion to extend time:

        Deadline to file document:      February 15, 2018

        Number of previous extensions granted:      three

        Length of extension sought:      until February 26, 2018

Ordered that motion is:

      ☒      Granted
              If document is to be filed, document due: **February 26, 2018**

            ☐      The Clerk is instructed to file the document as of the date of this order
            ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

   **We grant one additional extension in light of the extraordinary circumstances involved.**

Judge's signature: /s/ Jennifer Caughey
           ☒ Acting individually      ☐ Acting for the Court

Date: February 22, 2018